UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. GONZALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. FRAUENHEIM,<br><br>　　　　　Respondent. | 1:16-cv-01002-DAD-JLT (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 15)<br><br>30-DAY DEADLINE |

On September 9, 2016, Respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause appearing, the Court **ORDERS**: Respondent is granted thirty days from the date of service of this order in which to file an answer to the petition for writ of habeas corpus.

IT IS SO ORDERED.

　　Dated: __September 20, 2016__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1