# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. GONZALES, | Case No.: 1:16-cv-01002-DAD-JLT (HC) |
| Petitioner, | ORDER DENYING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME WITH LEAVE TO RENEW [ECF No. 23] |
| v. | |
| S. FRAUENHEIM, | ORDER GRANTING MOTION TO SUSPEND BRIEFING [ECF No. 25] |
| Respondent. | ORDER DIRECTING PETITIONER TO SUBMIT TRANSCRIPT OF MARSDEN HEARING |

On July 15, 2016, the Court issued an order directing Respondent to file a response to the petition. Respondent was granted an extension of time on September 20, 2016. On October 11, 2016, Respondent filed a second motion for extension of time to file an answer to the petition. Thereafter, on November 3, 2016, Respondent filed a motion to suspend briefing.

Respondent states that Petitioner cites to pages 504 to 511 of the Reporter's Transcript, which pages are part of a transcript of hearing held pursuant to People v. Marsden, 2 Cal.3d 118 (1970). Respondent states that Petitioner's claims concern the Marsden hearing and are relevant to a review of the claims. Therefore, according to 28 U.S.C. § 2254(f), Petitioner has an affirmative duty to provide, if he is able to, the transcript of the proceeding to the Court for unsealing and transmission to Respondent. In the meantime, Respondent requests that briefing be suspended. Good cause having been presented, Respondent's motion to suspend briefing will be granted. Respondent's motion to extend time to file a response will be denied with leave to renew once briefing is again ordered.

1

**ORDER**

Accordingly, the Court ORDERS:

1) Respondent's request to suspend briefing [ECF No. 25] is GRANTED;

2) Petitioner is DIRECTED to provide a copy of the transcript of the <u>Marsden</u> hearing within thirty days, if he is able;

3) If Petitioner cannot do so, he must NOTIFY the Court of his reasons; and

4) Respondent's motion to extend time [ECF No. 23] is DENIED with leave to renew.

IT IS SO ORDERED.

Dated: __**November 7, 2016**__     _____/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE