|   |   |
|---|---|
| JUAN C. GONZALES,   Petitioner,   v.   S. FRAUENHEIM,   Respondent. | Case No.: 1:16-cv-01002-DAD-JLT (HC)   ORDER DIRECTING CLERK OF COURT TO UNSEAL LODGED TRANSCRIPT OF <u>MARSDEN</u> HEARING AND FORWARD COPY TO RESPONDENT   ORDER LIFTING STAY OF PROCEEDINGS   ORDER DIRECTING RESPONDENT TO FILE A RESPONSE |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

On July 15, 2016, the Court issued an order directing Respondent to file a response to the petition. Respondent was granted an extension of time on September 20, 2016. On October 11, 2016, Respondent filed a second motion for extension of time to file an answer to the petition. Thereafter, on November 3, 2016, Respondent filed a motion to suspend briefing.

On November 7, 2016, the Court issued an order granting Respondent's motion to suspend briefing and denying his motion for extension of time with leave to renew. Because Petitioner referenced the transcript of a hearing held pursuant to People v. Marsden, 2 Cal.3d 118 (1970), and Petitioner's claims concern the Marsden hearing, Petitioner was ordered to provide, if he is able, the transcript of the proceeding to the Court for unsealing and transmission to Respondent, pursuant to 28 U.S.C. § 2254(f). On or about November 29, 2016, Petitioner submitted a copy of the transcript of the Marsden hearing, which has been lodged with the Court.

///

1

**ORDER**

Accordingly, the Court **ORDERS**:

1) The Clerk of Court is directed to unseal the lodged transcript of the Marsden hearing, and forward a copy of the transcript to Respondent;

2) The stay of proceedings is lifted; and

3) Respondent is directed to file a responsive pleading within thirty days of the date of service of this Order.

IT IS SO ORDERED.

Dated: **December 8, 2016**    /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE